# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138429(16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                               SC: 138429
                                               COA: 289716

JOHN WALTER POTTS,
        Defendant-Appellant.
                                               Berrien CC: 2007-406135-FH

_____/

       On order of the Court, the motion for reconsideration of this Court's September 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

                                           Clerk

y1214